JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLESTINE MCGINNIS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF GAMBRO, INC.,<br><br>Defendants. | Case No. EDCV 14-00630 JGB (SP)<br><br>**ORDER RE STIPULATON FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fee and costs.

DATED: 12/30/14

_____
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4832-2805-4560 v1 - 1 - CASE NO. EDCV 14-00630 JGB (SP)
(PROPOSED) ORDER RE STIP. FOR DISMISSAL OF THE ENTIRE ACTION W/PREUDICE